# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| DON ACREE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:11-0073 |
| DAVID RANDY KENNEDY and C. DEWEY BRANSTETTER, JR., | ) ) ) ) | Judge Trauger Magistrate Judge Bryant |
| Defendants. | ) | |

## O R D E R

On January 18, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 11), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

It is so **ORDERED.**

Enter this 12th day of February 2013.

_____
ALETA A. TRAUGER
U.S. District Judge